

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00771-CV

Gail **GILLETTE**,
Appellant

v.

Stephen **GRAVES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03140
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the opinion and judgment issued by this court on November 20, 2019, are WITHDRAWN. The judgment of the trial court is REVERSED, and this case is REMANDED to the trial court for proceedings consistent with this opinion. It is ORDERED that Appellant Gail Gillette recover her costs on appeal from Appellee Stephen Graves.

SIGNED March 4, 2020.

_____
Irene Rios, Justice